UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| TYRAS TATUM,<br>Institutional ID No. 2264911<br><br>Plaintiff,<br><br>v.<br><br>AUSTIN BROWN, *et al.*,<br><br>Defendants. | No. 5:25-CV-00160-H |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation (FCR) for disposition of this prisoner civil-rights action. Dkt. No. 30. In particular, the Magistrate Judge recommends that the Court dismiss with prejudice Plaintiff's amended complaint because, for several reasons, Plaintiff fails to state a claim on which relief may be granted against Defendants. *See* 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b).

The deadline for Plaintiff to file objections to the FCR expired. To date, Plaintiff has not filed any objections, sought an extension of time to do so, or otherwise refuted the proposed findings of fact or conclusions of law made by the Magistrate Judge. Instead, Plaintiff filed a cursory, one-page pleading titled "Recommendation of Relief" that is not made under penalty of perjury, asking the Court to appoint him counsel to "fix things" by correcting an error in his medical records that is causing him pain. Dkt. No. 32.

Because a civil-rights complainant has no right to the automatic appointment of counsel and Plaintiff fails to otherwise demonstrate any exceptional circumstances that warrant the appointment of counsel, the Court denies the motion. *See Akasike v. Fitzpatrick*,

26 F.3d 510, 512 (5th Cir. 1994); *see also Parker v. Carpenter*, 978 F.2d 190, 193 (5th Cir. 1992) (citations omitted).

Moreover, the Court has independently examined the record and reviewed the FCR for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's amended complaint and all claims asserted in it are, for the reasons stated in the FCR, dismissed with prejudice for failure to state a claim under Sections 1915(e)(2)(B) and 1915A(b).

The Court will enter judgment accordingly.

So ordered.

Dated September 2, 2026.

JAMES WESLEY HENDRIX
United States District Judge